## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL JOSEPH**<br><br>**v.**<br><br>**VELAN, INC. AND MRC GLOBAL (US) INC.** | **CA NO. 3:23-cv-10-BAJ-EWD**<br><br>**JUDGE: JACKSON**<br><br>**MAGISTRATE JUDGE: WILDER-DOOMES** |

### MOTION TO SUBSTITUTE CORRECTED NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, MRC Global (US) Inc. who moves the Court to substitute the attached corrected "Notice of Removal" for the "Notice of Removal" previously submitted on January 6, 2023.

Per the clerk of court's directive, the caption has been corrected to remove the "ET AL" and instead list the names of all parties.

        Respectfully submitted:

        */s/ John C. Funderburk*
        John Funderburk (# 35597)
        John.funderburk@keanmiller.com
        Randal R Cangelosi (# 23443)
        Randy.cangelosi@keanmiller.com
        Molly Gunnels (# 38249)
        Molly.gunnels@keanmiller.com
        KEAN MILLER, LLP
        400 Convention Street, Suite 700 (70802)
        Post Office Box 3513
        Baton Rouge, Louisiana 70821
        Telephone: (225) 387-0999
        Facsimile: (225) 388-9133

        ***Attorneys for MRC Global (U.S.) Inc.***

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing *Motion to Substitute Corrected Notice of Removal* was electronically filed with the Clerk of Court by using the CM/ECF system and will be served upon all counsel of record via this Court's e-filing (ECF) system, E-Mail and/or U.S. Mail, postage prepaid.

Baton Rouge, Louisiana this 10th day of January, 2023.

                                                */s/ John C. Funderburk*
                                                John C. Funderburk

4889-6664-7112 v1

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BURNELL JOSEPH** | **CA NO. 3:23-cv-10-BAJ-EWD** |
| **v.** | **JUDGE: JACKSON** |
| **VELAN, INC. AND MRC GLOBAL (US) INC.** | **MAGISTRATE JUDGE: WILDER-DOOMES** |

### O R D E R

**CONSIDERING THE FOREGOING** *Motion to Substitute Corrected Notice of Removal* filed on behalf of MRC Global (US) Inc.;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The clerk is directed to substitute the corrected Notice of Removal in place of the originally-filed Notice of Removal (Rec. Doc. 1).

Baton Rouge, Louisiana, this _____ day of January, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

4889-6664-7112 v1