UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BURNELL JOSEPH | CIVIL ACTION |
| VERSUS | |
| MRC GLOBAL (US) INC., ET AL. | NO. 23-00010-BAJ-EWD |

### ORDER AND JUDGMENT

Considering Plaintiffs' **Notice of Voluntary Dismissal (Doc. 27)**, which is self-effectuating and dismisses the above captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 9th day of June, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA